MATTIE STOUT, DEFENDANT IN ERROR, v. EDISON PORT-
LAND CEMENT COMPANY, PLAINTIFF IN ERROR.

Submitted March 25, 1912—Decided June 20, 1912.

On error to the Supreme Court, whose opinion is reported
in 53 *Vroom* 133.

For the plaintiff in error, *William H. Morrow* and *Robert
H. McCarter.*

For the defendant in error, *William C. Gebhardt.*

PER CURIAM.
The judgment of the Supreme Court is affirmed, for the
reasons given in the opinion of Mr. Justice Voorhees in that
court.

For *affirmance*—GARRISON, SWAYZE, TRENCHARD, BER-
GEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, VROOM,
CONGDON, WHITE, TREACY, JJ. 12.

For *reversal*—None.